UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

EFREM E. EATON,                 )
                                )
            Petitioner,         )
                                )
v.                              )     No. 1:06-cv-982-DFH-VSS
                                )
AL PARKE, Superintendent,       )
                                )
            Respondent.         )

## J U D G M E N T

The court, having this day made its Entry,

**IT IS THEREFORE ADJUDGED** that the petitioner take nothing by his petition for a writ of habeas corpus and this action is **dismissed with prejudice.**

_____
DAVID F. HAMILTON, Judge
United States District Court

Date: 09/27/2006

Laura Briggs, Clerk
United States District Court

_____
Deputy Clerk, U.S. District Court

Distribution:

Efrem E. Eaton
DOC #113357
Putnamville Correctional Center
1946 West U.S. 40
Greencastle, IN 46135-9275

Office of the Indiana Attorney General
Indiana Government Center South, Fifth Floor
402 West Washington Street
Indianapolis, IN 46204-2770