UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| EFREM E. EATON,<br><br>    Petitioner,<br>v.<br><br>AL PARKE, Superintendent,<br><br>    Respondent. | )<br>)<br>)<br>)  No. 1:06-cv-982-DFH-VSS<br>)<br>)<br>)<br>) |

## J U D G M E N T

The court, having this day made its Entry,

**IT IS THEREFORE ADJUDGED** that the petitioner take nothing by his petition for a writ of habeas corpus and this action is **dismissed with prejudice.**

*David F Hamilton*
_____
DAVID F. HAMILTON, Judge
United States District Court

Date:   11/17/2006

Laura Briggs, Clerk
United States District Court

_____
By: Deputy Clerk

Distribution:

Efrem E. Eaton
DOC #113357
Putnamville Correctional Center
1946 West U.S. 40
Greencastle, IN 46135-9275

David L. Steiner
INDIANA STATE ATTORNEY GENERAL
dsteiner@atg.state.in.us